■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COURTNEY MCDANIEL, Appellant. [649 NYS2d 815] —Appeal by the defendant from a judgment of the County Court, Nassau County (Wexner, J.), rendered February 28, 1995, convicting him of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). While the defense may have raised legitimate questions regarding the motivation and credibility of the People's central witness, who was a confidential informant working with the police pur-

suant to a cooperation agreement with the District Attorney's office, the informant's testimony was not incredible as a matter of law (*see, People v Yarrell,* 150 AD2d 740; *People v Mistretta,* 147 AD2d 661; *cf., People v Foster,* 64 NY2d 1144, *cert denied* 474 US 857; *People v Reed,* 40 NY2d 204; *People v Santos,* 38 NY2d 173; *People v Ledwon,* 153 NY 10).

The defendant's remaining contention is unpreserved for appellate review and, in any event, without merit. Bracken, J. P., Sullivan, Altman and McGinity, JJ., concur.